

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2013

No. 04-13-00416-CR

Shelby David **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR8598
Honorable Ernie Glenn, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 31, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2013.

_____
Keith E. Hottle, Clerk